IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO MENDEZ CATO,

       Plaintiff,                    No. CIV S-07-0718 FCD KJM P

    vs.

THOMAS L. CAREY, Warden, et al.,

       Defendants.          <u>ORDER</u>

                              /

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 3, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's October 31, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: November 6, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
cato0718.36