IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO MENDEZ CATO,

      Plaintiff,                           No. CIV S-07-0718 FCD KJM P

   vs.

THOMAS L. CAREY, Warden, et al.,

      Defendants.              ORDER

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 2, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 19) is granted; and

      2. Plaintiff is granted sixty days from the date of this order in which to file and serve an opposition to defendants' May 2, 2008 motion to dismiss. Defendants' reply, if any, shall be filed twenty days thereafter.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
cato0718.36